UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:  
MATT JONES  
3904 WENDY LANE  
RALEIGH, NC 27606

CASE NO: 09-05671-8-JRL  
CHAPTER 13

**TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS**

  The undersigned Chapter 13 Trustee hereby moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

The Trustee has not received the most recently filed federal and/or state tax return.

  **The Debtor is hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Trustee within **twenty (20) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: October 02, 2009

/s/*John F. Logan*  
JOHN F. LOGAN  
CHAPTER 13 TRUSTEE

**CERTIFICATION OF SERVICE**

  This is to certify that a copy of the foregoing Trustee'e Objection To Confirmation And Motion To Dismiss was served on the Debtor and the Attorney for the Debtor at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED: October 02, 2009

/s/Nancy Burton  
Case Adminstrator

**COPIES FURNISHED TO:**  
DEBTOR  
ATTORNEY FOR DEBTOR