**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:  
MATT JONES  
3904 WENDY LANE  
RALEIGH, NC 27606

CASE NO: 09-05671-8-JRL  
CHAPTER 13

### WITHDRAWAL OF TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby **WITHDRAWS** his Objection To Confirmation And Motion To Dismiss. The grounds for said Motion are no longer applicable.

DATED: October 21, 2009

/s/ John F. Logan  
JOHN F. LOGAN  
CHAPTER 13 TRUSTEE

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Withdrawal Of Trustee's Objection To Confirmation And Motion To Dismiss was served on the Debtor and the Attorney for the Debtor at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by electronic transmission pursuant to Local Rule 5005-4(9)(b).

DATED: October 21, 2009

/s/ Nancy Burton  
Case Administrator